U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS

OCT 3 0 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ESEQUIEL MEDINA                                                    PLAINTIFF

v.                                    CASE No. 07-5187

COREY COGGIN                                                       DEFENDANT

## ORDER

Esequiel Medina submitted this pro se action for filing pursuant to 42 U.S.C. 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

The plaintiff did not submit with his complaint a completed application to proceed *in forma pauperis* (IFP) – the inmate account portion of the application has not been completed by Plaintiff's institution of incarceration. The clerk of court is directed to provide the plaintiff with an *in forma pauperis* application. Plaintiff is given up to and including November 26, 2007, in which to complete the IFP application including having the inmate account portion of the application completed by detention center personnel.

The application should be returned to the undersigned for review and filing. Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to dismissal for failure to obey a court order.

The undersigned will determine at a later time whether the complaint should be served on the defendant.

IT SO ORDERED this 24th day of October 2007.

*J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE